# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 05-1615

———————

Jeffrey Alan Olson,                                    *
                                                       *
                    Appellant,                         *
                                                       *    Appeal from the United States
          v.                                           *    District Court for the
                                                       *    District of Minnesota.
Gerald O. Williams, Attorney at Law;                   *
United States Senate; United States                    *    [UNPUBLISHED]
Congress,                                              *
                                                       *
                    Appellees.                         *

———————

Submitted: October 7, 2005
Filed: October 20, 2005

———————

Before BYE, McMILLIAN, and RILEY, Circuit Judges.

———————

PER CURIAM.

       Jeffrey Olson appeals the district court's[1] dismissal of his complaint. We agree with the district court that Olson failed to comply with an earlier district court order prohibiting him from filing specified complaints prior to receiving permission to do so.

_____

       [1]The Honorable Michael J. Davis, United States District Judge for the District of Minnesota.

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____